THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON GORMLEY
& STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
tdillard@ocgas.com
Attorney for Defendants
Jaqueline Holloway, Dept. of
Business License and Clark County

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLUID LIFESTYLES LEARNING CENTER, LLC, d/b/a THE STUDIOS, <br><br>Plaintiff, <br><br>vs. <br><br>JAQUELINE HOLLOWAY, DIRECTOR, CLARK COUNTY, NEVADA, DEPARTMENT OF BUSINESS LICENSE; CLARK COUNTY, NEVADA, <br><br>Defendants. | CASE NO: 2:20-cv-1392-GMN-VCF |

## STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE

Plaintiff FLUID LIFESTYLES LEARNINGCENTER, LLC, d/b/a THE STUDIOS ("Plaintiff") and Defendants JAQUELINE HOLLOWAY, DEPT. OF BUSINESS LICENSE and CLARK COUNTY ("Defendants") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendants JAQUELINE HOLLOWAY, DEPT. OF BUSINESS LICENSE and CLARK COUNTY, as set forth in the

///

///

Plaintiff's Complaint, shall be dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 20th day of January, 2021.

| OLSON CANNON GORMLEY & STOBERSKI | ALLEN LICHTENSTEIN, ATTORNEY AT LAW, LTD. |
|---|---|
| /s/ Thomas D. Dillard<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendants<br>Jaqueline Holloway, Dept. of<br>Business License and Clark County | /s/ Allen Lichtenstein<br>ALLEN LICHTENSTEIN, ESQ.<br>Nevada Bar No. 3992<br>3315 Russell Road, #222<br>Las Vegas, Nevada 89120<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

DATED this __22__ day of _____January_____, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court